## Charles Klehm, Appellee, v. Edward Tripple, Appellant.

437

opinion filed March 1, 1941. Lindauer & Lindauer and Sam S. Pessin, for appellant; Walters & Walters, for appellee. Opinion by PRESIDING JUSTICE STONE. ''Not to be published in full.''